UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DONALD W. PIERSONS, JR.,

                Plaintiff,

vs.

QUALITY ARCHERY DESIGNS, INC., COBRA
MANUFACTURING COMPANY, INC., PRECISION
SHOOTING EQUIPMENT, INC., TROPHY TAKER, INC.,
TROPHY TAKER, LLC, RIPCORD TECHNOLOGIES
INC., H. H. & A. SPORTS, INC., COPPER JOHN
CORPORATION, ALPINE ARCHERY INCORPORATED,
CAVALIER EQUIPMENT COMPANY, INC.,
INVENTIVE TECHNOLOGY, GOLDEN KEY - FUTURA
INC., LANCASTER ARCHERY SUPPLY, INC.,
TR OUTDOORS ARCHERY EXPERTS LLC, MACK'S
SPORT SHOP, LLP d/b/a MACK'S PRAIRIE
WINGS, CABELA'S INCORPORATED, GANDER
MOUNTAIN COMPANY, BASS PRO OUTDOOR
WORLD, LLC, BASS PRO OUTDOORS ONLINE, LLC,
ARCHERY SPORTS LLC, HUNTER'S FRIEND LLC,
EDER, INC., ABOVE TIMBERLINE PRODUCTS, INC.
individually and d/b/a ARCHERY WAREHOUSE,
and JOHN SCHAFFER PERFORMANCE
ARCHERY PRODUCTS, INC.,

                Defendants.

Civil Action No. 3:06-cv-0408
(TJM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 26 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation filed in this action by the attorneys representing Plaintiff Donald W. Piersons, Jr. ("Piersons") and Defendant Trophy Taker, Inc. ("Trophy Taker"),

**IT IS HEREBY ORDERED** that the claims asserted herein by Piersons against Trophy Taker are hereby dismissed with prejudice, and that the counterclaims asserted by Trophy Taker against Piersons are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: August 26, 2009

                                                              Thomas J. McAvoy
                                                              U.S. District Court Judge