UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        F I L E D
        AUG 2 6 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

DONALD W. PIERSONS, JR.,

                    Plaintiff,

vs.

QUALITY ARCHERY DESIGNS, INC., COBRA
MANUFACTURING COMPANY, INC., PRECISION
SHOOTING EQUIPMENT, INC., TROPHY TAKER, INC.,
TROPHY TAKER, LLC, RIPCORD TECHNOLOGIES
INC., H. H. & A. SPORTS, INC., COPPER JOHN
CORPORATION, ALPINE ARCHERY INCORPORATED,
CAVALIER EQUIPMENT COMPANY, INC.,
INVENTIVE TECHNOLOGY, GOLDEN KEY - FUTURA
INC., LANCASTER ARCHERY SUPPLY, INC.,
TR OUTDOORS ARCHERY EXPERTS LLC, MACK'S
SPORT SHOP, LLP d/b/a MACK'S PRAIRIE
WINGS,CABELA'S INCORPORATED, GANDER
MOUNTAIN COMPANY, BASS PRO OUTDOOR
WORLD, LLC, BASS PRO OUTDOORS ONLINE, LLC,
ARCHERY SPORTS LLC, HUNTER'S FRIEND LLC,
EDER, INC., ABOVE TIMBERLINE PRODUCTS, INC.
individually and d/b/a ARCHERY WAREHOUSE,
and JOHN SCHAFFER PERFORMANCE
ARCHERY PRODUCTS, INC.,

                    Defendants.

**Civil Action No. 3:06-cv-0408**
**(TJM/DEP)**

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the Stipulation filed in this action by the attorneys representing Plaintiff Donald W. Piersons, Jr. ("Piersons") and Defendants Quality Archery Designs, Inc., Cobra Manufacturing Company, Inc., Ripcord Technologies, Inc., H. H. & A. Sports, Inc., Copper John Corporation, Inventive Technology, Lancaster Archery Supply, Inc., Gander Mountain Company, Bass Pro Outdoor World, LLC, Bass Pro Outdoors Online, LLC, Hunter's Friend, LLC, and John Schaffer Performance Archery Products, Inc. (collectively "Defendants"),

    **IT IS HEREBY ORDERED** that the claims asserted herein by Piersons against Defendants are hereby dismissed with prejudice, and that the counterclaims asserted by Defendants against Piersons are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: August 26, 2009

Thomas J. McAvoy
U.S. District Court Judge